US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
04/29/2021

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

STEVEN C. HAYES (ADC #657050),
on behalf of himself and all other similarly
situated inmates                                                                         PLAINTIFF

v.                                   Civil No.       6:21-cv-06070 SOH-BAB

LESLIE RUTLEDGE, Attorney General
of Arkansas                                                                    DEFENDANT

## **ORDER**

Steven C. Hayes has submitted for filing in this district a *pro se* civil rights action under 42 U.S.C. § 1983. Plaintiff has also submitted a motion to proceed *in forma pauperis* (IFP). The Clerk is directed to file the complaint and IFP application. No fee will be collected in this district.

The Court finds the interests of justice would be best served by transferring this case to the United States District Court for the Eastern District of Arkansas, Central Division. The sole Defendant in this case, Leslie Rutledge, resides within Pulaski County, which is within the Eastern District of Arkansas, Central Division. The Proposed Class Action Complaint challenges the constitutionality of an Arkansas Act that has not yet been enforced. Venue is proper in the Eastern District of Arkansas under 28 U.S.C. § 1406(a).[1]

The Clerk of Court is directed to immediately **TRANSFER** PLAINTIFF'S ENTIRE CASE FILE to the Eastern District of Arkansas, Central Division, U.S. District Court Clerk's Office, Richard Sheppard Arnold United States Courthouse, 600 West Capitol, #A149, Little Rock, AR 72201.

IT IS SO ORDERED this 29th day of April 2021.

/s/ *Barry A. Bryant*
_____
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE

---

[1] "The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought."