IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**STEVEN C. HAYES, ADC # 657050**                                                     **PLAINTIFF**

v.                    Master Case: 4:21-cv-00347-LPR
                      Member Case: 4:21-cv-00347-LPR

**SOLOMON GRAVES, in his official
capacity as Secretary of the Department
of Corrections; and DEXTER PAYNE, in
his official capacity as Director of the
Arkansas Division of Correction**                                                     **DEFENDANTS**

**ANTHONY LAMAR, ADC # 120479**                                                       **PLAINTIFF**

v.                    Master Case: 4:21-cv-00347-LPR
                      Member Case: 4:21-cv-00529-LPR

**ASA HUTCHINSON,** *et al.*                                                          **DEFENDANTS**

**WINSTON HOLLOWAY, ADC # 67507**                                                     **PLAINTIFF**

v.                    Master Case: 4:21-cv-00347-LPR
                      Member Case: 4:21-cv-00495-LPR

**ARKANSAS GENERAL ASSEMBLY,** *et al.*                                               **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed today (Doc. 422), it is CONSIDERED, ORDERED, and ADJUDGED that judgment is entered in favor of Plaintiffs on the following portions of Plaintiffs' claims:

- The Takings Clause of the Fifth Amendment is violated when Defendants divert a prisoner's confiscated stimulus funds to an inmate welfare fund or the Division of Correction Inmate Care and Custody Fund Account.

- Under the circumstances now present, the procedural component of the Due Process Clause of the Fourteenth Amendment is violated when Defendants divert a prisoner's confiscated

stimulus funds to an inmate welfare fund or the Division of Correction Inmate Care and Custody Fund Account

Judgment is entered in favor of Defendants on all remaining portions of Plaintiffs' claims.

IT IS SO ADJUDGED this 16th day of March 2022.

                                                     _____
                                                     LEE P. RUDOFSKY
                                                     UNITED STATES DISTRICT JUDGE